DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIAN GOMEZ-SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00370 LJO-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| JULIAN GOMEZ-SOSA, | |
| Defendant. | Date: December 27, 2011<br>Time: 1:00 p.m.<br>Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for December 19, 2011, **may be continued to December 27, 2011 at 1:00 p.m.**

The parties request this short continuance because they have reached an agreement in principle as to a resolution in this case and need the additional time to draft, review, and edit a comprehensive plea agreement. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: December 16, 2011        By:   /s/ Yasin Mohammad
                                                          YASIN MOHAMMAD
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: December 16, 2011        By:   /s/ Jeremy S. Kroger
                                                          JEREMY S. KROGER
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Julian Gomez-Sosa

## O R D E R

**Good Cause has been stated.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   December 16, 2011**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE